Name
James Andrew Polt

Mailing address
1281 E. 19th Ave. Apt. D-210
Anchorage, Ak 99501

Telephone
— none —

R E C E I V E D

APR 18 2023

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

James Andrew Polt
_____,
(Full name of plaintiff in this action)
**Plaintiff,**

vs.

Alaska Housing Finance Corporation
_____,

_____,

_____,

_____,
(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

**Defendant(s).**

Case No. 3:23-cv-00081-SLG
(To be supplied by the Court)

**PRO SE COMPLAINT**

**for/under**

(NON-PRISONERS)

(Type of complaint)

## A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

THE CIVIL RIGHTS ACT 42 U.S.C. § 1983,

(Federal Question).

PS22

**B. Parties**

1. The Plaintiff is _James Andrew Port_, who presently
<span style="font-size:smaller">(Print Name)</span>
resides at _1281 E. 19th Ave. Apt. D-210 Anchorage, AK 99501_.
<span style="font-size:smaller">(Address)</span>

2. Defendants:

Defendant No. 1, _Alaska Housing Finance Corporation_, is a
<span style="font-size:smaller">(Name)</span>
_corporation_ citizen of _State of Alaska_, who works as a
<span style="font-size:smaller">(City/State)</span>
_____for_____.
<span style="font-size:smaller">(Job Title, if applicable)     (Employer/agency, if applicable)</span>

Defendant No. 2,_____, is a
<span style="font-size:smaller">(Name)</span>
citizen of_____, who works as a
<span style="font-size:smaller">(City/State)</span>
_____for_____.
<span style="font-size:smaller">(Job Title, if applicable)     (Employer/agency, if applicable)</span>

Defendant No. 3,_____, is a
<span style="font-size:smaller">(Name)</span>
citizen of_____, who works as a
<span style="font-size:smaller">(City/State)</span>
_____for_____.
<span style="font-size:smaller">(Job Title, if applicable)     (Employer/agency, if applicable)</span>
<span style="font-size:smaller">(City and State)</span>

Defendant No. 4,_____, is a
<span style="font-size:smaller">(Name)</span>
citizen of_____, who works as a
<span style="font-size:smaller">(City/State)</span>
_____for_____.
<span style="font-size:smaller">(Job Title, if applicable)     (Employer/agency, if applicable)</span>

Defendant No. 5,_____, is a
<span style="font-size:smaller">(Name)</span>
citizen of_____, who works as a
<span style="font-size:smaller">(City/State)</span>
_____for_____.
<span style="font-size:smaller">(Job Title, if applicable)     (Employer/agency, if applicable)</span>

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim. State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to support each claim for relief.)

2                                                    COMPLAINT

<u>Claim 1:</u> On or about _4-21-2021_ \ * I have a medical condition called Hyperacusis,

(Date or Period of Time)          (Supporting facts)

My name is James Andrew Post. I live in Chugach Manor Apts. 1281 E. 19th Ave. in Apt. D-210, Anchorage AK 99501. Chugach Manor is a public housing Apt. Complex owned and operated by the Defendant Alaska Housing Finance Corporation, (AHFC). In this claim I here allege that defendant AHFC has (SUBCONSCIOUSLY) RETALIATED AGAINST I THE PLAINTIFFF FOR FILING 2011 and 2014 (HYPERACUSIS) DISCRIMINATION CASES IN FEDERAL COURT IN ANCHORAGE those cases involved slighter type noises, bumps against walls, banging cabinets, etc. etc. AHFC's position in those lawsuits was those are slighter type everyday noises any time of day. Then all of a sudden in 2015 I guess they decided to start (enforcing) those types of noises from 10 p.m. to 7a.m during Quiet-Time Hours at Chugach Manor. They gave me one Quiet-Time reprimand in 2015 and I didn't think much about it Kay Fountain the then Apt. mgr. left it on my door. In 2020 AHFC put the Quiet Time Program more formally in the lease packet, it had been an insert page, before that. Quickly back to the 2015 event, I had been using a walking stick in my apt. during those Quiet time hrs, and the tapping of the stick on the floor was disturbing the neighbor below my 2nd flr. apt.) ... In 2020 when AHFC put the Quiet t.me program in the regular lease packet, ... they declared that Quiet time violations are considered SERIOUS VIOLATIONS of the lease. In April 2021

I recieved 1 Quiet time reprimand for tapping

on my kitchen counter and lightly bumping my

kitchen cabinets, that was around april 2nd. The neighbor lady left of my apt. complained it was loud in her bedroom, the tapping or bumping, I asked AHFC Chugach Manor mgr. Leanne abel. she said I dont know, --- just stop the drum playing, (IS) what I was doing on my kitchen counter with the cabinets, but it was real right. So I thought to myself. It's got to be the cabinets under the kitchen counter bumping and traveling into the neighbor lady's apt.

continued ———→

COMPLAINT

## CLAIM 1 continued.

so I started instead, to use, the kitchen cabinets on the other side, of the kitchen space where the sound wouldn't be linked into that common wall, that links the other kitchen cabinets in with neighbor lady's apt. unit. ... so I start using the other cabinets, and about 3 wks. later, another complaint from the neighbor lady. And then Enough manor Apt. Mgr. Leanne Abel left a 2nd Quiet time reprimand on my Apt. Door, ... Leanne had allso left the 1st Quiet time reprimand on my apt. door. ... Some time after getting that 2nd Reprimand on April 21st, 2021, I begin to worry about these SERIOUS VIOLATIONS To the lease that are accumulating on my apt. record and now at this point I think AHFC is SUBCONSCIOUSly ~~Discriminating~~ Retaliating against me, by all of a sudden using those every day noises as SERIOUS VIOLATIONS in the Quiet time Program ... it's just kind of creepy, really, And I'm not saying yucky type creepy, but more of a Alfred Hitchcock type .... creepy. ... kind of spine tingling, kind of neutral, not good, or bad, spine tingling. I'm alleging that it's more likely than not that AHFC is RETALIATING against me, *subconsciously, meaning, "it's not in their thoughts ... but it is in their actions, ... they dont purposely mean to be Retaliatorintive. Yet their actions still dictate that fact of such Retaliative actions, because I filed DISCRIMINATION cases against AHFC in 2011 and 2014. And I am being injured now by AHFC'S RETALIATORY actions concerning the same slighter type sounds that were at issue in the 2011 and 2014 court cases in Federal District Court Anchorage, AK.

~~AA~~ ~~AM~~ ~~m~~ ='s correction marks.

4                                    COMPLAINT

**\*Not Applicable**

Claim 3: On or about_____

(Date or Period of Time)                    (Supporting facts)



## D. Request for Relief

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ _____

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to _Stop the Retaliatory_ _actions of the Defendant. NO MORE_ _QUIET TIME REPRIMANDS for slighter_ _type sounds, should be given to the plaintiff._

4. A declaration that_____

_____

_____

_____

5. Other:_____

_____

_____

Plaintiff demands a trial by_____Jury___✓____Court.  (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

_James John Polt_

**Plaintiff's Original Signature**

_James Andrew Polt_
_____
(Plaintiff's Full Name)

222 W. 7th Ave.
Executed at_Anchorage, AK 99501_ on _4-18-23_

(Location)                                      (Date)

6                                      COMPLAINT